# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

DONNY STORMES                                                                                      PLAINTIFF

V.                                    NO. 3:14CV00085-JTR

CAROLYN W. COLVIN,                                                                          DEFENDANT
Acting Commissioner,
Social Security Administration

## ORDER

Plaintiff has filed Motion to Dismiss this civil action, stating that he has elected not to pursue the matter further. *Doc. 10*. The Commissioner has no objection to dismissal. *Doc. 11*.

IT IS THEREFORE ORDERED THAT Plaintiff's Motion to Dismiss, *Doc. 10*, is GRANTED. Plaintiff's Complaint is hereby DISMISSED without prejudice.

DATED this __22nd__ day of October, 2014.

_____
UNITED STATES MAGISTRATE JUDGE