**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

DONNY STORMES                                                    PLAINTIFF

V.                              NO. 3:14CV00085-JTR

CAROLYN W. COLVIN,                                              DEFENDANT
Acting Commissioner,
Social Security Administration

## JUDGMENT

Pursuant to the Order filed this date, judgment is entered dismissing this case,

without prejudice.

DATED THIS _ 22nd _ DAY OF October, 2014.

_____
UNITED STATES MAGISTRATE JUDGE